LOTTIE KRYSCNSKI *ET AL.*, PLAINTIFFS-RESPONDENTS, v. STANLEY SHENKIN ET AL., DEFENDANTS-PETITIONERS.

See same case below: 53 *N. J. Super.* 590.

*Mr.· Lloyd L. Schroeder* for the petitioners.

*Mr. Marvin Kosoff* for the respondents.

March 23, 1959. Denied.

RITA CORBO *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HARRY J. DONAHUE, WARDEN, DEFENDANT-PETITIONER.

See same case below: 54 *N. J. Super.* 575.

*Mr. John G. Thevos* and *Mr. Edward J. Wolak* for the petitioner.

*Mr. Andrew Mainardi, Jr.,* for the respondents.

March 23, 1959. Denied.